IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEROY K. BANKS,  #236 615, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:20-CV-577-RAH |
| | ) |
| WARDEN KENNETH PETERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This lawsuit is before the court on the Recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Northern District of Alabama under 28 U.S.C. § 1404. (Doc. 2.) There being no timely objections filed to the Recommendation, and upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

(1) The Magistrate Judge's Recommendation (Doc. 2) is ADOPTED.

(2) This case is transferred to the United States District Court for the Northern District of Alabama under 28 U.S.C. § 1404.

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

This case is closed in this court.

DONE, this 16th day of November, 2020.

                                                  /s/ R. Austin Huffaker, Jr.
                                                  R. AUSTIN HUFFAKER, JR.
                                                  UNITED STATES DISTRICT JUDGE